JANET M. HEROLD, Regional Solicitor
DAVID M. KAHN, Counsel for Employment Standards
California State Bar Number 230957
United States Department of Labor
Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7756
Facsimile: (415) 625-7772
email: kahn.david.m@dol.gov

Attorneys for SETH D. HARRIS, Acting Secretary of Labor,
United States Department of Labor

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| SETH D. HARRIS, Acting Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br>v.<br><br>SAN MIGUEL SWEEPERS, INC., d/b/a ALL PRO SWEEPING, and ALEX SAN MIGUEL, an individual,<br><br>Defendants. | Case No.:<br><br>**COMPLAINT** |

Plaintiff, **SETH D. HARRIS**, Acting Secretary of Labor, United States Department of Labor, brings this action to enjoin defendants **SAN MIGUEL SWEEPERS, INC., d/b/a ALL PRO SWEEPING,** and **ALEX SAN MIGUEL, an individual,** from violating the provisions of sections 6, 7, 11 and 15 of the Fair Labor Standards Act of 1938, as Amended (29 U.S.C. §201, *et seq.*), hereinafter called the Act, pursuant to section 17 of the Act; and to recover unpaid minimum

wage and overtime compensation owing to defendants' employees, together with an equal amount as liquidated damages, pursuant to section 16(c) of the Act.

**I**

Jurisdiction of this action is conferred upon the court by sections 16(c) and 17 of the Act and 28 U.S.C. §1345.

**II**

(a)  Defendant, **SAN MIGUEL SWEEPERS, INC.,** is and at all times hereinafter mentioned was a corporation with an office and a place of business at 935 East Curry Road, Tempe, Arizona 85281, within the jurisdiction of this court, and is and at all times hereinafter mentioned was engaged in the operation of landscaping and parking lot cleaning services and in the performance of related types of activities.

(b)  Defendant, **ALEX SAN MIGUEL**, an individual, resides in Arizona, within the jurisdiction of this court, and at all times hereinafter mentioned acted directly or indirectly in the interest of the corporate defendant in relation to its employees.

**III**

Defendant **SAN MIGUEL SWEEPERS, INC.** is and at all times hereinafter mentioned was engaged in related activities performed through unified operation or common control for a common business purpose, and is and at all times hereinafter mentioned was an enterprise within the meaning of section 3(r) of the Act.

**IV**

Defendant **SAN MIGUEL SWEEPERS, INC.** at all times hereinafter mentioned was an enterprise engaged in commerce or in the production of goods

1  for commerce within the meaning of sections 3(s)(1)(A) of the Act, 29 U.S.C. §
2  203(s)(1)(A) in that said enterprise at all times hereinafter mentioned had
3  employees engaged in commerce or in the production of goods for commerce, or
4  employees handling, selling, or otherwise working on goods or materials that have
5  been moved in or produced for commerce by any person and in that said enterprise
6  has and has had an annual gross volume of sales made or business done of not less
7  than $500,000.

## V

9  Defendants have repeatedly violated the provisions of sections 6 and
10 15(a)(2) of the Act, 29 U.S.C. §§ 206 and 215(a)(2), by paying many of their
11 employees wages at rates less than $7.25 per hour in workweeks when said
12 employees were engaged in commerce and in the production of goods for
13 commerce or were employed in an enterprise engaged in commerce or in the
14 production of goods for commerce, within the meaning of the Act, as aforesaid.

## VI

16 Defendants have repeatedly violated the provisions of sections 7 and
17 15(a)(2) of the Act, 29 U.S.C. §§ 207 and 215(a)(2), by employing many of their
18 employees who in workweeks were engaged in commerce or in the production of
19 goods for commerce, or who were employed in an enterprise engaged in commerce
20 or in the production of goods for commerce, within the meaning of the Act, as
21 aforesaid, for workweeks longer than forty hours without compensating said
22 employees for their employment in excess of forty hours per week during such
23 workweeks at rates not less than one and one-half times the regular rate at which
24 they were employed.

25

### VII

Defendants have repeatedly violated the provisions of sections 11(c) and 15(a)(5) of the Act, 29 U.S.C. §§ 211(c) and 215(a)(5), in that they failed to make, keep, and preserve adequate and accurate records of employees and the wages, hours and other conditions and practices of employment maintained by them as prescribed by regulations duly issued pursuant to authority granted in the Act and found in 29 CFR 516, in that records fail to show adequately and accurately, among other things, the hours worked each workweek.

### VIII

During the period since March 16, 2010, Defendants have willfully and repeatedly violated the aforesaid provisions of the Act. A judgment that enjoins and restrains such violations and includes the restraint of any withholding of payment of unpaid minimum wage and overtime compensation found by the court to be due to present and former employees under the Act is expressly authorized by section 17 of the Act.

**WHEREFORE**, cause having been shown, plaintiff prays for a judgment against defendants as follows:

(a) For an Order pursuant to section 17 of the Act, permanently enjoining and restraining Defendants, their officers, agents, servants, employees, and those persons in active concert or participation with them from prospectively violating the provisions of section 15 of the Act; and

(b) For an Order

(1) pursuant to section 16(c) of the Act finding defendants liable for unpaid overtime compensation due defendants' employees and for liquidated

damages equal in amount to the unpaid compensation found due defendants' employees listed in the attached Exhibit A (additional back wages and liquidated damages may be owed to certain employees presently unknown to plaintiff for the period covered by this complaint), or in the event liquidated damages are not awarded;

      (2)    pursuant to section 17 of the Act enjoining and restraining defendants, their officers, agents, servants, employees and those persons in active concert or participation with defendants, from withholding payment of unpaid back wages found to be due defendants' employees and pre-judgment interest computed at the underpayment rate established by the Secretary of Treasury pursuant to 26 U.S.C. 662;

    (c)    For an Order awarding plaintiff the costs of this action; and

    (d)    For an Order granting such other and further relief as may be necessary or appropriate.

Dated: February 11, 2013

M. PATRICIA SMITH  
Solicitor of Labor

JANET M. HEROLD  
Regional Solicitor

By:  /s/  David M. Kahn  
    DAVID M. KAHN  
    Counsel for Employment Standards

UNITED STATES  
DEPARTMENT OF LABOR  
Attorneys for the Plaintiff

# EXHIBIT A

| Names |
|---|
| Anguamez-Mejia, Roberto |
| Bautista, Juan L |
| Cabrera Hernandez, Juan A |
| Calderon, Luis F |
| Campos, Marcos A |
| Canfield, Robert |
| Castanon, Cuauhtemoc A |
| Ceniceros, Alberto |
| Cerritos, Jose A |
| Dominguez-Pena, Agustin |
| Duenas, Sergio |
| Enriquez, Daniel P |
| Espinoza, Mario E |
| Galindo Galindo, Felipe |
| Garcia, Raul, |
| Garcia-Becerril, Sergio |
| Gastelum Alvarez, Jesus |
| Giles, Jose |
| Gomes, Mariano |
| Gomez Cruz, Pablo |
| Guerra, Leonardo |
| Hernandez, Daniel L |
| Hernandez, Federico |
| Hernandez, Jose A |
| Hernandez, Jose G |
| Hernandez, Lionel |
| Hernandez, Rigoberto |
| Hernandez Jr., Ernesto |
| Huff, James |
| Hulley, Damon |
| Jurado, Gerardo |
| Jurando, Gerardo H |
| Lelis, Michael G |
| Lemell, Vincent |
| Limon, Jesus |
| Luna, Andres |
| Luna Gomez, Sergio |
| Marquez, Daniel |
| Martinez, Monolo R |
| Murillo, Guadalupe |

| Names |
|---|
| Olmedo-Hernandez, Froilan |
| Orozco, Artemio |
| Orozco, Ramon |
| Ortega-Galindo, Alejandro |
| Penunuri, Manuel |
| Ramirez, Reyes R |
| Ramos-Velez, Francisco |
| Rios-Dominguez, Pedro |
| Rodriguez, Ricardo |
| Romero, Antonio |
| Sanchez, Jorge |
| Sanchez, Manuel |
| Sanchez, Mario |
| Sanchez, Pedro |
| Sanchez, Samuel |
| Santiago, Carlos J |
| Santillanes, Jose A |
| Suzuki, Armando |
| Tenorio III Albent |
| Torres Murillo, Manuel |
| Tosar-Gadavieco, Guillermo |
| Valenzuela, Marion |
| Vargas-Gudino, Gilberto |
| Villareal, Javier |

*Complaint* 6